# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

WESLEY CHILDS

No.: 2:25-cr-00140-SDN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (False Statements in Connection with the Purchase of a Firearm)

On about July 11, 2024, in the District of Maine, defendant,

### WESLEY CHILDS

in connection with the acquisition of a firearm, specifically (1) a Ruger, model LCP, .380 caliber pistol, bearing serial number 372580924, from Cabela's, located in Scarborough, Maine, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to a Cabela's salesperson, which statement was intended and likely to deceive said salesperson as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant indicated "Yes" to question 21(a) of the ATF Form 4473, which asked "Are you the actual transferee/buyer of all of the firearm(s) listed on this form[]? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the dealer cannot transfer any of the firearm(s) to you." In fact, this statement was false because the defendant intended to purchase the firearm for and/or

on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

_____
FOREPERSON

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney

Date: 9/17/2025